■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FORICIO DIOMEDE, Also Known as QUIRINOS DE LA CRUZ, Also

Known as CARLOS S., Appellant.—Judgment unanimously affirmed. Memorandum: Defendant, by admitting his status as a second felony offender in open court in the presence of his counsel, waived strict compliance with CPL 400.21, and was properly sentenced as a second felony offender (see, People v Blair, 59 AD2d 767; see also, People v Cates, 104 AD2d 895, 896; People v Alexander, 98 AD2d 961; People v Bryant, 47 AD2d 51, 63). We decline to modify defendant's sentence in the interest of justice. (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.